# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEVLAND SITE PAVING UTILITIES, INC.,**
Appellant,

v.

**ADVANTAGE CONSTRUCTION EQUIPMENT & PARTS, INC.,**
Appellee.

No. 4D2023-1387

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Curley, Judge; L.T. Case No. 502018CA005251-SB.

Dedrick D. Straghn, Delray Beach, for appellant.

Cole J. Copertino and J. Michael Moorhead of Wright, Fulford, Moorhead & Brown, P.A., Altamonte Springs, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***